FILED

2007 AUG 22   AM 11: 49

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

John J. Scanlon, Jr.                     )
  (Plaintiff)                          )
                               )
        v.                          )
                              )
State of Vermont; Town of Salis-         )
bury,VT; Town of Middle-                 )
bury, VT; Town of Barre, VT;             )
Town of Waterbury, VT, Vermont           )
State Hospital; Addison County;          )
Addison county Sheriff's Dept.;          )
Waterbury county Sheriff's Dept          )
Vermont State Police; Kampers-           )
ville; Jean Wiznowski; Kampers-          )
ville Deli; Hollie (Owner of             )
Kampersville Deli); Counseling           )
Services of Addison County;              )
National Bank of Middlebury;             )
Hannaford's Supermarket; Cliff           )
Nordland; The United States of           )
America; Paul LaFountaine, Jr.;          )
Jack Drake; Diane Drake; Carol-          )
Postmaster, Salisbury,VT;                )
Waterhouses; Jonathan Blake;             )
Gary Lund(plumbing contractor);          )
Tim Simpson(Building contractor)         )
Dorothy White, Sunset Lodge,             )
Chris Smith Landscaping; Floyd           )
Rounds; AGWAY Exchange; AGWAY            )
Fuel; McDonald's Restaurant;             )
Gil's Place; Attorney Powers of          )
Middlebury, VT; Attorney James           )
Foley, Jr.; Caroline's Hungry            )
Mind Coffee Shop; Jackie Beecham         )
Bill Beck Realtors; Paul Sandy,          )
Chang Yi Sandy;                          )
    , Middlebury Inn; The          )
Waybury Inn; Dr. Corrine                 )
Pelletier; Dr. Margaret Bolton;          )
Dr. Bernard Franke;Marble Works          )
Owners of building at 54 Main            )
Street, Middlebury, VT; Verizon          )
Telephone; Nextel; CVPS Central          )
Vermont Power Co.; Middlebury            )
Natural Food Co-op; A&W Root             )
Beer Stand;Rosie's Restaurant;

August 04. 2007
UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT
CIVIL SESSION

Middlebury District
ss: Fort Myers, Florida

Docket No.

Page 1 of 4 pages

**FILED**

Angela's Restaurant; China )
House Restaurant of Middlebury )
Li's Chinese Food of Brandon, )
Town of Brandon, VT; Neil & )
Otto's Pizza; Middlebury Barber )
Shop; Sully's Restaurant; )
Desabrais Cleaners; U.S. Dept. )
of Forestry; Vermont Dept. of )
Forestry; Brandon Jeep; Sugar- )
house Motel; Brandon National )
Bank; n    Ben and )
Jerry's of Burlington; Linda )
Scanlon; Burlington Airport; )
Law Offices of Langrock; Camp )
Songadeewin; Thomas Scanlon; )
Ben Franklin Store; Vermont )
Community Foundation; Law )
Offices of Conley and Foote; )
Law Offices of Robert Keiner; )
Law offices of Marsh and Wagner )
Middlebury Police Dept.; East )
Middlebury Airport; Washington )
County Courthouse; Middlebury )
High School; Salisbury Elemen- )
tary School; Middlebury Beef )
Store; Champlain Convenience )
Store; Porter Hospital, Family )
Practice Medicine Center; VT )
Legal Aid; Mental Health Law P )
Project of Vermont; Town of )
East Middlebury; Dr. Jameson; )
Building owner of CSAC, Psycho- )
logists at CSAC; City of Bur- )
lington; Shaw's Supermarket in )
Vergennes; Fred Little's Auto )
Repair; U.S. Postal Service, )
Middlebury, VT; , Federal )
Bureau of Investigation; )
Hannaford's Supermarket of )
Middlebury; Dundun Plumbing; )
Alpine Shop, The President of )
the United States, George W. )
Bush; Secretary of State Condo- )
leeza Rice; Walgreens Pharmacy; )
Brooks Pharmacy; Floyd Rounds; )
Attorney Rebecca Rice; Attorney )
Judith-Anne Hayes; John Savino; )

August 04, 2007
UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT-
CIVIL SESSION
    Middle District
ss: Fort Myers, Florida

Docket No.

Page 2 of 4 pages

Addison County Criminal Court; )
Addison County Courthouse; U.S.A )
Federal Building; Rutland, VT, )
Norma (Candy) Engels c/o Massa- )
chusetts State Police; Judge Ford )
of CT; Judge Melville of CT; Jo- )
ann (former employee of Club Tip )
Toe); Laurie Buckley (stepsister); )
Fran Buckley (stepmother); Brian )
Kelly; Cathy Hornyak(maiden name); )
Brenda Buckley (step sister), )
Evelyn (stenographer at Fairfield )
County Courthouse); Assistant )
State Attorney John Smirga(Fair- )
fielf County Court; State of CT; )
Tom of Computerized Payroll Ser- )
vices, Bridgeport; CT; Bridgeport )
Fire Department Employee Federal )
Credit Union; U.S. Bankruptcy )
Court, Rutland, VT; Caldwell Ban- )
ker; Sunstar Realtor, Port Char- )
lotte, Florida; Jody Kozenieski, )
realtor; Guillermo Gonzales; Susan )
Liu; Norma Figueroa; Nicholas )
Viapiano; Joseph Braca; Patrick )
Kearney; Brian Keane; Todd Tran- )
sportation Co.Rutland,VT; United )
Van Lines, Rutland,VT; CT Assis- )
tant State Attorney Frederick )
Fawcett, Stanley Rosoff; Dr.Russo )
dentisr; Dr. Berkin,dentist; )
Patricia (Trish), former employee )
of Club Tip Toe, Rusty, employee )
of Kampersville and Waterhouses; )
Tasana Collins; )
    Jalna Reilly; Mel, owner of )
Smokerise Campground and Restau- )
rant; Attorney Jack McCulloch, )
Linda, former employee of Club )
Tip Toe; Sound Source, Middlebury )
VT; Evelyn Nordland; Stewatrt of )
Taiko Drumming of Burlington; )
        (Defendants) )
                                  )
                                  )
                                  )

August 04, 2007

UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT-
Civil Session
    Middle District
ss: Fort Myers, Florida

Docket No.

Page 3 of 4 pages

Michael and Dottie Keisha, Owners )
  of "Tarkey Lodge", Jim and Hollie
  Wiznowsk¡Stewart of Taiko of     )
  Burlington; Owners of the house  )
  at the northwest junction of     )
  Vt Rt. 53 and Upper Plains Roan  )
  and West Shore Road; "Big Bill"  )
  of Our Place Cafe in Bridgeport, )
  CT; Pleasant Farms, Rt. 7, VT;   )
  Foster Motors, Rt 7 VT; Ford     )
  new car dealership, Rt 7, VT;    )
  the Carlson woman, West Shore Rd)
  Property owners on West Shore Rd)
  from the road to Camp Counter-   )
  point to 688 West Shore Road;    )
  Salisbury Congregational Church;)
  U.S. Attorney General Alberto    )
Gonzales;,Maureen Oppelaar; Eric   )
Oppelaar;                          )
Charlotte County Florida; Town of  )
Port Charlotte, Florida, the occupants
and owners of properties on Belinda
Ave. August Street, and Hernando
Ave, Port Charlotte,FL;Wasts Manage
ment Company, in Florida; Charlotte
County Sheriff's Dept.; Town of
Punta Gorda: local business and
hotels in the Port Charlotte, Punta
Gorda area; government officials
at all levels involved in harassment;
R&L Market; Rainbow Market: Sam's
Subs; government offices; shopping
centers;

     (Defendants)

August 04, 2007
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT.MYERS DIVISION

Docket No.

Page 4 of 4 pages

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2007 AUG 22  AM 11: 49

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

John J. Scanlon, Jr.           )
    (Plaintiff)                 )
                               )
        v.                      )
                               )    Case Number
State of Vermont; Town of       )
Salisbury, VT; Town of Middle-  )
bury, VT; Town of Barre, VT;    )
Town of Waterbury, VT; Vermont) )    2:07-cv-532-FtM-29 SPC
State Hospital; et al.          )
    (Defendants)                )


## COMPLAINT

I, John J. Scanlon, Jr., do hereby swear, affirm and attest
that:

1.) I am a citizen of the United States of America.

2.) I am not currently in the military service.

3.) I am over eighteen years of age.

4.) I am of sound mind and body for the purposes of making
this pleading.

5.) I understand and appreciate the meaning of an oath.

6.) In December of 1993, my house was devastated by Hurri-
cane Gloria.  I hired one Guillermo Gonzales to repair it
based on the recommendation of one Joseph Braca. He made the
repairs.  His assistant was one Norma Figueroa. She was a
female, nineteen years of age. During the project, she wrote
me a note stating, "Te quiero."

7.) During the course of the project, Guillermo Gonzales
told me that I was "going to be framed."

8.) The project lasted from June through September of 1993.

*1.*

9.) While working on the kitchen window, Gilliermo asked me to throw him the soap. He was standing outside under the eave.  I was inside.  He was with Norma Figueroa.

10.) I threw him the soap. I noticed that it floated down very slowly to him.

11.) There were some three phase electrical (antiquated) connectors on the back of the house on that side. I had believed them to be out of service.

12.) At the end of the project, Guillermo Gonzales hired someone to install the electrical service.

13.) Toward the end of the project, Norma Figueroa said to me suprisingly, "I can't see you for a year."

14.) Shortly after this, I was alone in the bedroom. I left. Everything in the room was fine, Norma went in and came out. When I re-entered the room, the light fixture above the bed was filled with fleas.  No one else had been in the room.

15.) Guillermo Gonzales returned the summer of the next year with his brother, Thomas, to finish some repairs.

16.) As Thomas and I stood at the studio door in my house, I could hear audio that appeared to sound like his thoughts.

17.) From what I now know, and based on my knowledge of electronics, I recognize that mind control was put into the house. (The FBI asked me not to explain technically how it was done.)

18.) From watching the construction of my parents house when I was five years old, I recall how the return on the AC was

2,

grounded to the water intake on the faucet in the basement.
I assume the switches were placed before the load in the cir-
cuit.

19.) The next time I saw Guillermo and Norma was at the
Health Club in Stratford, CT. They were doing janitorial work.

20.) I told Guillermo that I would like to speak with Norma.
He said, " You could talk to her in the ladies locker room."
The place was closing. I knocked on the door and went in
after getting no response. The lights were out.

21.) I used to swim quite a bit in the pool. Guillermo was
in charge of it. It was highly overchlorinated. I made several
complaints, but nothing was done.

22.) The next timr I saw Norma, she was walking by my house
in Vermont as my wife and I were swimming. She was straddled
by two men as she walked by. This was suprising and out of
place.

23.) During this period of time. my automobile was damaged.
The engine light warning signal came on. The engine was
computer controlled. When the car was new, it may have needed
a ring job when i gought it. I had had brake fluid level
problems int eh master cylender. More importantly, there was
a refrigerant leak from the air-conditioner. The oxidizer
level in the passenger compartment was so high that I could
feel light as heat.This vehicle was used for both business
and pleasure.

3.

At about this time, the noise levels from nearby vehicles on the highway became noticebly louder. All of this occured in and around Milford, CT.

24. In 1997, my wife, Judith-Anne Hayes, a Deputy Assistant State Attorney, Housing Court, for the State of Connecticut, sued me for divorce. We had been married since September 20, 1986.

25.) My father died on June 20, 1986. I was grief-stricken.

26.) During the middle of January,1997, coffee served to me by a waitress, known to me as Susan Lui, was poisoned.

27.) I complained . I remember it being around Chinese New Year. When I returned to complain, Claire, the restaurant manager said, "I bet you couldn't wait to get back."

28.) The name of the restaurant was Secondi's. It was part of atruckstop. I complained to the police.

29.) In February of1998, the divorce was finalized.

30.) As a gift, my wife gave me a yellow biochemistry book, a camera (which I refused while sitting in her car.), and a card signed, "Always,Judy".

31.) She also stole my poolcue and my CD's.

32.) I paid her $30,000,oo (thirty thousand dollars) for the property in Vermont as part of the divorce settlement.

33.) Her attorney was Cheryl Shaughnessy,Esq, of Fairfield, ct. I acted pro se.

34.) After the divorce, my ex-wife stated on more than one occasion that, "We'll see to it that the only thing you are left with is the studio."

4.

35.) I own a twenty-four track audio recording studio.

36.) The property in Vermont is located at 688 West shore Road. I also owned my section of the road. The town had a right of way and maintained the raod.

37.) It is lakefront property on Lake Dunmors in Salisbury, VT. The water is crystalclear and perfect for recreational activity and is cleanenough to be used as drinking water.

38.) The propert has eighty-five feet of lake frontage. It used to belong to my family in the sixties and seventies.

39.)

January 17, 2007

Sir / Madam:

I am being tortured in the U.S.A.
I am being drugged + harassed in and
by the U.S. Gov't. The states of Vermont,
Florida and Connecticut, in all locations
automobiles race by w/ amplified sound.
Insulting + harassing audio also
eminates from these vehicles. I have
a background in electronics.
The narcotics being used seem to be
psychotropic in nature. They are
applied when I wake up, when I am
eating +/or whenever I am doing any-
thing constructive. I am also victimized
by audio harassment around the clock.
Telephone cable + power lines are
among the distribution methods used.
The voltage / power is increased sub-
stantially, apparantly w/ signal in
the radio frequency range added.
In Florida, power lines were put in
behind the house I just bought. A
fire ignited along the lines on the
grass just below the lines, travelling
along the line paths to the two houses
behind me. I also had a heart attack
from not being able to breathe in my
home.
I am a retired lieutenant from the
fire department. From my knowledge,

TRAINING AND EXPERIENCE, THE
HEART ATTACK WAS CAUSED BY TOXIC
EXPOSURE, THE HARASSMENT AND TOXIC
EXPOSURE HAS BEEN CONTINUOUS AND
ONGOING FOR THE LAST NINE YEARS.
I RECOGNIZE THE FEDERAL, COUNTY, STATE
AND LOCAL GOVERNMENT OFFICIALS
INVOLVED IN IT. I HAVE REPORTED
THIS TO ALL LEVELS OF LAW ENFORCE-
MENT, ONLY TO BE HARASSED AGAIN.
THE F.B.I. STATED THAT THEY WOULD DO
NOTHING, "JUST DON'T EXPLAIN TECH-
NICALLY HOW IT'S DONE,", IS WHAT
ONE AGENT SAID.

I APOLOGISE FOR THIS NOT BEING IN
FORMAL ORDER. HOWEVER, PLEASE ACCEPT
THIS AS A FORMAL INFORMATION +
COMPLAINT. I AM BEING DRUGGED AS
I WRITE THIS. I AM CONSTANTLY BEING
SUBJECTED TO AUDIO HARASSMENT AS
WELL AS HARASSMENT BY OVERLY NOISY
MACHINERY INCLUDING AUTOMOBILES.
I HAVE A BACKGROUND IN AUDIO + AM
A RETIRED LIEUTENANT FROM A
PROFESSIONAL FIRE DEPT. I AM BEING
ASSAULTED CONTINUALLY W/ DRUGS +
TOXIC CHEMICALS AROMATICALLY.
EVERY PLACE I STAY HAS INTERNAL
VIDEO SURVEILLANCE AND THE HARASSMENT
IS TIMED. THIS INCLUDES MY HOMES
AND MOTELS.

PAGE 2 OF 10 PAGES

I APOLOGIZE FOR BEING REDUNDANT.
APPARANTLY THE U.S. GOV'T IS
SECRETIVE ABOUT THE AUDIO APPLICATION
BEING USED.

AGAIN MY HOUSE AT LAKE DUNMORE,
688 WEST SHORE RD. WAS STOLEN
FROM ME BY HARASSMENT BY NEIGHBORS
AND DRUGGING BY THE STATE OF
VERMONT AND REAL ESTATE AGENTS.
JACKIE BEACHEM, OF CENTURY 21
REAL ESTATE DRUGGED ME AS DID
THE OFFICE PREMISES AT SEYMOUR AVE.,
MIDDLEBURY, VT. WHAT HAS BEEN
DONE TO ME IS OUTRAGEOUS & EGREGIOUS.

MY HOUSE WAS TOTALLY POISONED BY
CONTRACTORS & OTHERS. I OBTAINED
THE HOUSE AT SETTLEMENT IN A
DIVORCE, I PAID HER $30,000 CASH FOR
HER SHARE. MY EX-WIFE IS A
CONNECTICUT DEPUTY ASSISTANT STATE'S
ATTORNEY. SINCE TWO WEEKS BEFORE
THE DIVORCE, JAN. 1998, I HAVE BEEN
BEING POISONED & HARASSED. MEMBERS
OF THE BENCH & STATE'S ATTORNEY'S
OFFICE ARE INVOLVED. THEY HAVE TRAVELLED
TO VERMONT & FLORIDA TO HARASS ME.
AGAIN, I KNOW THEM & RECOGNIZE THEM.

WHEN I WAS ABOUT FIVE YEARS OLD, I WAS
SHOWN BY CONTRACTORS, WHO SHOWED UP

SHORTLY AFTER MOST OF THE CONSTRUCTION
WORK SHOULD HAVE BEEN COMPLETED
HOW THE FURNACE (OIL FURNACE),
PLUMBING & ELECTRICAL UTILITIES, WERE INSTALLED.
I HAVE SINCE STUDIED ELECTRONICS &
AUDIO, WITH WHAT I KNOW [OR HARRASSMENT
WILL EXPLAIN LATER,] NOW, THIS
MAY COME TO PLAY IN WHY I'M BEING
HARRASSED.

MY EX-WIFE STATED MANY TIMES "WE'RE
JUST GONNA LET YOU KEEP YOUR STUDIO,"
SHE WANTED A STAINLESS STEEL SINK INSTALLED
BECAUSE IT'S EASY TO CLEAN.

THE SAME APPLICATION METHODS ARE USED
FOR FORCED FEMINIZATION AND WHAT
MIGHT BE TERMED "MIND CONTROL,"
I WILL NOT TECHNICALLY EXPLAIN HOW
IT'S DONE.

HERE IS SOME OF WHAT WENT ON IN
VERMONT:

WHEN I ARRIVED IN VERMONT AFTER THE
DIVORCE, I COULD NOT BREATHE IN THE
HOUSE. IT WAS FLOODED UNDERNEATH,
THE ATTIC INSULATION WAS DESTROYED
W/ A POWDERED POISON. BOARDS (OLD W/
OLD NAILS) WERE HAMMERED INTO THE
HOUSE IN THE CRAWLSPACE AS OBSTRUCTIONS.
A POISONOUS SNAKE (THE SALISBURY
FIRE CHIEF DESCRIBED IT AS A
"SPOTTE ATTER") WAS PLACED IN
PAGE 4 OF 10 PAGES

THE ATTIC. AFTER A LONG SUMMER'S
WORK I MANAGED TO DIG OUT UNDER
THE HOUSE + PLACE DOWN A 4 mil
PLASTIC SHEET AS HAZARD MITIGATION.
THE DUG UP SOIL FROM IRRIGATION
TRENCHES WAS PLACED BY A TREE,
THE TREE DIED (FROM TOXIC SHOCK.) THOUGH
THE TREE WAS ON MY PROPERTY, MY
NEXT DOOR NEIGHBOR, KNOWN TO ME AS
DOTTIE WHITE, APPARENTLY REMOVED THE TREE.
DOTTIE WHITE AFTER THAT MADE A NUMBER
OF FALSE COMPLAINTS TO THE AUTHORITIES
ABOUT ME. I ALSO SAW DAN, PURPORTEDLY
HER FATHER COMING FROM MY HOUSE,

THE AREA BUSINESSES WERE ALSO POISONED.
THEY INCLUDE THOSE IN THE TOWN OF
MIDDLEBURY AND BRANDON AND RUTLAND
AS WELL AS WATERHOUSES AND
KAMPERSVILLE IN SALISBURY.

My IMMEDIATE NEIGHBORS WERE ALSO
POISONING ME, SOME NEW WIRING WAS
PLACED UNDER MY HOUSE,
THE PROPERTY OF CLIFF + EVELYN
NORDLAND WAS POISONED AND
DUMPING WATER ONTO MINE.
WHEN DOTTIE WHITE OPENED UP HER
SEPTIC TANK, THE STINK CAME
THROUGH MY ELECTRICAL WORK,
DOTTIE WHITE ALSO APPROACHED ME
ON MY PROPERTY W/ A NARCOTIC

PAGE 5 OF 10 PAGES

SUBSTANCE EMANATING FROM HER CLOTHING. SHE ALSO STATED, "WE'RE NOT GONNA LET YOU SET UP YOUR STUDIO."

MY EX-WIFE SAID, AFTER THE DIVORCE SETTLEMENT, "THE ONLY THING WE'RE GOING TO LET YOU KEEP IS YOUR STUDIO."

THE PROPERTIES OF MY FRIENDS WERE ALSO DRUGGED AND/OR POISONED. THEY INCLUDE JACK + DIANE DRAKE AND JONATHAN BLAKE, AND PAUL J. LAFRAMINE

THE SITUATION AT MY HOUSE WAS RE-PORTED TO THE STATE POLICE MANY TIMES.

THIS SITUATION ALSO OCCURED AT THE POST OFFICE + MUNICIPAL BUILDINGS, INCLUDING THE COURTS.

I WAS HOSPITALIZED AT VERMONT STATE HOSPITAL WHERE I WAS TORTURED. ONE FEMALE DOCTOR, DR PELLETIER, PLAYED THE ROLE OF A DOMINANT WHILE ANOTHER, DR. BOLTON, PLAYED THE ROLE OF A SUBMISSIVE. MY MEDICATION WAS OFTEN SWITCHED BY THOSE DISTRIBUTING IT.

THIS POISONING AND ABUSED FORCED ME INTO A STATE OF INCOHERENCE,

AT HOME, I WAS LEFT LAYING ON MY COUCH UNABLE TO MOVE, MOST OF THE TIME IT WAS DIFFICULT BREATHING DUE TO THE TOXIC ENVIRONMENT. I REPORTED THIS TO CSAC (COUNSELING SERVICES OF ADDISON COUNTY). THE PSYCHOLOGIST REPLIED "AT LEAST YOU'RE NOT DEPRESSED," HE WAS APPARANTLY BEING SARCASTIC.

THE JUDGE AT COURT RULED THAT I WAS UNABLE TO MAKE MY OWN MEDICAL DECISIONS WHEN I LEFT THE HOSPITAL.

I WAS DRUGGED + POISONED DURING ALL ASPECTS OF THE SALE OF MY HOUSE. I WAS NOT MENTALLY COMPETENT AT THE TIME. THE SALE SHOULD BE NULL AND VOID.

THE PERSON I SOLD IT TO DID SOME OF THE CONSTRUCTION WORK RESPONSIBLE FOR THE POISONING HE ONCE SAID, "THIS HOUSE SHOULD BE MINE,"

HE DROVE HIS TRUCK INTO THE HOUSE AND WOULD BANG THE WALLS W/ A HAMMER TIL I TOLD HIM TO STOP.

WHILE AT GIL'S PLACE, WHERE I STORED

MY BOAT, HE HANDED ME A PIECE OF
LEAD SHAPED LIKE A BULLET AND
SAID, "TAKE THIS."

HE ALSO COMMENTED TO ME, "KILLED
BY A HAMMER,"

HE SHOWED UP IN FLORIDA AND STOOD
IN FRONT OF ME IN PUBLIX FOOD STORE
WEARING A BRIGHT ORANGE RED
SHIRT.

MY HOUSE IN FLORIDA WAS SET UP
TO MIMIC THE ONE IN VERMONT
CLEARLY THERE IS A CONNECTION
ONLY THE HOUSE IN VERMONT
HAD EIGHTY-FIVE FEET OF LAKE
FRONTAGE.

THE SAME SITUATION IS NOW GOING
ON IN FLORIDA. I HAVE HAD A
HEART ATTACK FROM TOXIC EXPOSURE.

THE POST OFFICE IS INVOLVED IN BOTH
IN BOTH LOCATIONS. I HAVE KNOWN
PEOPLE FROM THE U.S. STATE DEPT.
THIS APPEARS TO BE THE NEXUS.

HOWEVER, I CAN IDENTIFY THE
PEOPLE IMMEDIATELY INVOLVED.

THIS IS GRAND LARCENY AND
AGGRAVATED ASSAULT. IT HAS BEEN

PAGE 8 OF 10 PAGES

A CONTINUOUS COURSE OF CONDUCT.

THIS IS A CRIMINAL AND CIVIC COMPLAINT.

ACCEPT THIS AS INFORMATION TO THE COURT.

I WISH TO PROSECUTE.

I WISH TO BE MADE WHOLE. I SEEK BOTH LEGAL AND EQUITABLE RELIEF.

I HAVE SUFFERED DAMAGES IN THE LOSS OF MY HOME AND MY HEALTH.

THE HOUSE PURCHASE IN FLORIDA IS AGAIN REAL ESTATE FRAUD. I LIVE ON A CONCRETE FLOOR. THE HOUSE WAS SWITCHED. UTILITIE LINES SIMICAR TO THOSE THAT WERE NEAR JONATHAN BLAKE PROPERTY IN SALISBURY, VT ARE ON MY BACK PROPERTY. JACK DRAKE USED TO WORK FOR A POWER COMPANY.

THE DAMAGE WELL EXCEEDS ONE HUNDRED THOUSAND DOLLARS.

I SEEK EQUITABLE RELIEF IN THE RESTORATION OF MY HOUSE AT 688 WEST SHORE ROAD, SALISBURY, VT

TO ME.

THE ATTORNEY'S OFFICE AT THE TIME OF CLOSING WAS FILLED AROMATICALLY W/ THE ODOR OF VINYL AND A NARCOTIC.

THE BASIS OF MY COMPLAINT IS LEGAL INSUFFICIENCY TO MAKE A BINDING CONTRACT.

CRIMINAL ACTIVITY CAUSED THESE CIRCUMSTANCES. IT CONTINUES IN FLORIDA.

RESPECTFULLY SUBMITTED,

*John J. Scanlon Jr*

JOHN J. SCANLON, JR.
PRO SE

I AM OVER 18 YEARS OF AGE, UNDERSTAND AND APPRECIATE THE MEANING OF AN OATH AND AM NOT CURRENTLY AN ACTIVE MEMBER OF THE MILITARY.

*John J. Scanlon Jr*

JOHN J. SCANLON, JR.

I SWEAR THAT THE ABOVE IS TRUE, ACCURATE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

*John J. Scanlon Jr*

PAGE 10 OF 10 PAGES

WHEREAS The plaintiff has suffered and continues to suffer irreparable harm and there is no adequate remedy at law with respect to his being removed from his home and property,

Whereas the plaintiff has suffered personal injury, in that he has suffered a stroke, heart attack and has lost a number of teeth, as well as suffering mental anguish, through the negligence and/or willful misconduct of the defandant(s),

WHEREAS the plaintiff has suffered economic loss in that he lost his job, lost his home, lost personal property,has had his reputation tarnished  through the false and libelous accusation of mental illness

WHEREAS the plaintiff has lost the posession, use and enjoyment and economic value of his home  by Lake Dunmore as well as the economic value thereof.

WHEREAS the plaintiff has suffered duredd, distress and mental anguish as a result of comments and actions of the defendant(s),

WHEREAS the defendant(s) did intentionally inflict mental distress,

WHEREAS the neighbors, and Jonathan Blake did convert the property to their own use and enjoyment and ultimately to the posession of Jonathan Blake,

WHEREAS my business was destroyed through the intentional interference of the defendant(s), resulting in loss of income, equipment and enjoyment thereof,

WHEREFORE the plaintiff prays that the court award damages in excess of $500,00.00 (five hundred thousand dollars).

WHEREFORE the plaintiff requests the the court enjoin Jonathan Blakes from controlling, posessing, using and enjoying the use of the real property located at 688 West Shore Road, Salisbury, Vermont.

WHEREFORE the plaintiff requests that the court vacatethe sale of said property, declaring it null and void

WHEREFORE the requests toreplevy said property and asks that the court return said property to its rightful owner, the plaintiff.

WHEREFORE the plaintiff requests that the court enjoin the defendant(s) fromengaging in the misconduct to wit: harassment, poisoning and interfering in the activities of the plaintiff,

WHEREFORE the plaintiff seeks monetary damages and such other relief as the court deems fair, just and equitable, including but not limited to a writ of mandamus ordering that the property be returned to the plaintiff and activities of harassment cease, a writ of injunction ordereing that the defendant(s0 stop harassment of the plaintiff, and posession, use and enjoyment of said real property, and stop any activity which may cause injury to the plaintiff, and a writ of replevin returning the real property located at 688 West Shore Road, Salisbury, VT to its rightful owner, to wit the plaintiff.

A trial by jury is requested.

The plaintiff respectfully requests that the federal court take and exercise ancillary jurisdiction over the Vermont case:

Scanlon v. State of Vermont et al, Docket No. 212-8-07 whereas the same parties are involved and the same issues are to be decided.

Respectfully submitted,

*John J. Scanlon Jr.*
John J. Scanlon, Jr.
Plaintiff, pro se

John J. Scanlon, Jr.
22202 Belinda Ave.
Port Charlotte, FL 33952
Tel. # (941)625-3878

At this point, I am concerned about the statute of limitations. Therefore, I am including a letter which explains the circumstances and my situation. I ask that it be incorporated into the body of the Complaint.

I have included the first four and one-half pages of the complaint, but must stop there for now in order to get these documents submitted. I will finish the Complaint forthwith and submit it to the court. I thank you for your indulgence in this matter. Thanking you for your time and attention, I am

Yours truly,

John J. Scanlon, pro se
Plaintiff

I swear that the above and foregoing is true and accurate to the best of my knowledge and belief under the painful penalties of perjury.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to Jonathan Blake, 688 West Shore Road, Salisbury, VT this 21st day of August, 2007.

John J. Scanlon, Jr., pro se
Plaintiff